83,214-01,02

April 23, 2015

Court of Criminal Appeals
Clerk Abel Acosta
201 W. 14th St, Rm 106
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

Re: Status of Post Conviction Writ Habeas Corpus
#1408898-A and 1438396-A

Dear Clerk

The requested status updated is needed on the above cause number from Harris County, Tx. The District Court of the 262nd District Court. Please note the Post-conviction writ was file on March 19, 2015

Your assistance is appreciated

Sincerly Your

ec. file
Clerk/CCA

x Reginald Hagan Jr
Reginald Hagon Jr
#1962892
1400 FM 3452
Palestine, Tx 75803